ACCEPTED
03-14-00202-CV
4572697
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 6:34:52 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00202-CV

IN THE COURT OF APPEALS

THE THIRD DISTRICT OF TEXAS

DALLAS TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 6:34:52 PM
JEFFREY D. KYLE
Clerk

NEMER MASSAAD, and all other OCCUPANTS

Appellant

V.

WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3,
ASSET BACKED CERTIFICATES, SERIES 2006-3

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-000401
Hon. Joe Carroll, presiding

**MOTION TO ALLOW APPELLANT'S BRIEF
TO EXCEED WORD COUNT**

## Identity of the Parties

**Appellant/Defendant**
NEMER MASSAAD

**Counsel for Appellant/Defendant**

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
(Appellate, Post-trial, and Appellate)


**Appellee/Plaintiff**
WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR
OPTION ONE MORTGAGE LOAN TRUST 2006-3,ASSET BACKED
CERTIFICATES, SERIES 2006-3

**Counsel for Appellee/Plaintiff**

Mackie Wolf Zientz & Mann, P.C.
Mark D. Cronenwett
State Bar No. 00787303
Parkway Office Center, Ste 900
14160 North Dallas Parkway
Dallas, Texas 75254
(214) 635-2650
(888) 230-6397 (Fax)
(Appellate, Post-trial, and Appellate)

**MOTION TO ALLOW APPELLANT'S BRIEF**
**TO EXCEED WORD COUNT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLANT, NEMER MASSAD, who files this Motion to Allow Appellant's Brief to Exceed Word Count, and respectfully shows the following:

1. Concurrently with this Motion, Appellant filed his Motion for Rehearing.

2. Appellant's Motion for Rehearing is approximately 6,850 words, excluding the parts of the brief expemted by Tex. R. App. P. 9.1(i)(2)(D). A motion for rehearing may typically not exceed 4,500 words.

3. It order to adequately address the Court's original holding and the Appellee's Brief, it was necessary to exceed the word count as stated.

4. Appellant respectfully requests the Court to accept the Motion for Rehearing.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court grant his Motion to Allow Appellant's Brief to Exceed Word Count.

Respectfully submitted,

By: /s/ James Minerve

_____

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail

Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
Attorney for Appellant,
Nemer Maasaad

## CERTIFICATE OF CONFERENCE

On March 19, 2015, the undersigned counsel for Appellant attempted to communicate with counsel for Appellee, Mark Cronenwett, concerning the foregoing Motion. Mr. Cronenwett did not respond to Appellant's communications.

/s/ James Minerve

_____

James Minerve

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March a true and correct copy of the above and foregoing document was sent via Efile.txcourts.gov electronic filing notification system and via facsimile transmittal to the parties of record listed below:

Philip Danaher
Mark D. Cronwett
Mackie Wolf Zientz & Mann, PC
14160 North Dallas Parkway
Parkway Office Center, Suite 900
Dallas, Texas 75254
FAX: 888-230-6397

/s/ James Minerve

_____

James Minerve